UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In The Matter of:

Delger/Brian P.
Debtor(s)

_____/

Chapter 13
10-11095-JDG
Judge Gregg

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO U.S. BANK, N.A.

This matter having come before this Court on the Motion of U.S. BANK, N.A. ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., for relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

IT IS HEREBY ORDERED that the Automatic Stay is modified to allow U.S. BANK, N.A., its successors or assigns to foreclose on the property known as 304 PARKER AVENUE, KALAMAZOO, MI 49001, THE WEST ONE-HALF OF LOT 145 AND ALL OF LOT 146 OF THE PLAT OF BELLAIR, ACCORDING TO THE PLAT THEREOF AS RECORDED IN LIBER 9 OF PLATS ON PAGE 29, KALAMAZOO COUNTY RECORDS, for the reasons set forth in Creditor's Motion; that Creditor is permitted to dispose of the property in accordance with the terms of its note and security agreement and in accordance with federal and state law; that F.R.B.P.4001 (a)(3) is waived. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

Signed: November 16, 2010

Hon. James D. Gregg
United States Bankruptcy Judge